NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THURMAN GOODMAN, JR.,                    )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-1505
                                         )
FLORIDA POP, LLC d/b/a POPEYE'S          )
LOUISIANA KITCHEN,                       )
                                         )
          Appellee.                      )
_____  )

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Cheryl Thomas, Judge.

Shaina Thorpe of Thorpe & Thorpe,
P.A., Tampa, for Appellant.

Lawrence R. Metsch of Metschlaw,
P.A., Aventura, and Thomas A. Valdez of
Quintairos, Prieto, Wood & Boyer, P.A.,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.